[Crim. No. 249. Second Appellate District.—July 19, 1912.]

In the Matter of the Application of E. S. POTTER for Writ of Habeas Corpus.

HABEAS CORPUS—FAILURE OF APPELLATE JUSTICES TO AGREE—REMAND OF PETITIONER.—Upon the hearing of an application for a writ of *habeas corpus* in the appellate court, where the justices of such court are unable to agree upon a decision of the question involved in the proceeding, the petitioner for the writ must be remanded to the custody of the proper officer.

APPLICATION for writ of *habeas corpus* to the Chief of Police of the city of Los Angeles.

The ground of decision is stated by the court.

Parker & Moote, for Petitioner.

John D. Fredericks, District Attorney, Guy Eddie, City Prosecutor, Frank W. Stafford, Assistant City Prosecutor, and L. H. Roseberry, Special Prosecutor, for Respondent.

THE COURT.—The justices of this court being unable to agree upon a decision of the questions involved in this proceeding, it follows that the petitioner must be remanded to the custody of the chief of police of Los Angeles city, and it is so ordered.